# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PARAMO, <br>         Plaintiff, <br> v. <br> CINTAS CORPORATE SERVICES, INC., et al., <br>         Defendants. | Case No. 18-cv-02912-EDL <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to 4:17-cv-01623-JSW.

**IT IS SO ORDERED.**

Dated: May 18, 2018

*(signature)*
ELIZABETH D. LAPORTE
United States Magistrate Judge